STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
E-mail: Brandon_LeBlanc@fd.org

Counsel for Defendant James NEUFELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-00150 SI |
|---|---|---|
| Plaintiff, | ) | **AMENDED STIPULATION CONTINUING SENTENCING HEARING; [P~~ROPOSED~~] ORDER** |
| v. | ) | |
| JAMES NEUFELD, | ) | Current Date: October 11, 2013 |
| Defendant. | ) | Proposed Date: November 15, 2013 |
| | ) | Time/Place: 11:00 a.m/Ctrm. 10 |

The undersigned parties jointly stipulate as follows:

1. The Sentencing Hearing in this matter is currently set for October 11, 2013, at 11:00 a.m.

2. Counsel for Defendant, AFPD Brandon M. LeBlanc, is scheduled to be out of the district on October 11 and November 8, 2013. The Court will also be unavailable on several dates such that the next date available on the Court's calendar is November 15, 2013.

3. AUSA Adam Wright has been contacted by defense counsel and has no objection to continuing the sentencing in this matter to November 15, 2013.

4. United States Probation Officer Patrick McFate also has been contacted and has no objection to continuing the sentencing hearing to said date.

Amended Stip. Cont. Sent. Hearing; [Prop.] Order
*U.S. v. Neufeld*, CR 13-00150 SI

Respectfully submitted,

Dated: September 26, 2013           /s/
                                    BRANDON M. LeBLANC
                                    Assistant Federal Public Defender

IT IS SO STIPULATED.

Dated: September 26, 2013           /s/
                                    ADAM WRIGHT
                                    Assistant United States Attorney

Dated: September 26, 2013           /s/
                                    PATRICK McFATE
                                    United States Probation Officer

**[PROPOSED] ORDER**

For the reason stated by counsel, and good cause shown, it is hereby ORDERED that the Sentencing Hearing currently calendared for October 11, 2013, is continued to **November 15, 2013, at 11:00 a.m.**, before this Court.

IT IS SO ORDERED.

Dated: 11/26/13

SUSAN ILLSTON
United States District Judge